NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FELIPE CASTRILLO,                        )
                                         )
      Appellant,                    )
                                         )
v.                                       )          Case No. 2D18-2019
                                         )
STATE OF FLORIDA,                        )
                                         )
      Appellee.                     )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and VILLANTI and ATKINSON, JJ., Concur.